IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID ROBERTS, | ) | Case No: 8:11CV129 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |
| CITY OF OMAHA | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos.  1A, 2, 3, 4A, 5-10, 14-15, 17, 19, 22, 25-27, 32, 34-37, 39, 41-43, 46, 48, 49-51, 53-56, 59-64, 66, 69, 72, 74, 76, 78-84, 88, 93, 97-101, 104-107, 113, 117, 119, 123, 135, 138, 140-142, 144, 150-151, 164, 164A, 167A, 169, 171-172, - Jury Trial – February 9-13, 2015

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 9th day of December, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge